## Commonwealth *v.* Deputy, Appellant.

Submitted September 14, 1970. *Jay N. Abramowitch*, and *Williamson, Miller, Murray and Linton*, for appellant; *Grant E. Wesner*, Assistant District Attorney, and *Robert L. Van Hoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Derringer, Appellant.

Submitted September 14, 1970. *Herbert G. Litvin*, for appellant; *John E. Gallagher*, First Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.